

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2020

No. 04-19-00743-CV

John David **HODGES,**
Appellant

v.

Isabel **HODGES,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18089
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellant, proceeding pro se, seeks to appeal the trial court's judgment granting a final divorce in this cause. The clerk's record and reporter's record have been filed. The reporter's record contains a trial transcript reflecting the trial court's ruling granting the divorce and the clerk's record contains judge's notes denoting the terms of the divorce decree. However, the clerk's record does not contain a written final judgment signed by the trial court. The deputy clerk of this court inquired with the trial court clerk and was informed that no final judgment has been signed by the trial court judge.

Accordingly, it is ORDERED that this appeal is ABATED for a period of **thirty (30) days** to permit the trial court to enter a written judgment granting a final divorce decree so that an appeal from the judgment may proceed. *See* Tex. R. App. P. 27.2. Appellant's prematurely filed notice of appeal is effective and will be deemed filed "on the day of but after" the date the trial court's signed final judgment. *See* Tex. R. App. P. 27.1(a).

The trial court clerk is ORDERED to file a supplemental clerk's record containing the trial court's written judgment in this court **within thirty (30) days** from the date of this order.

If a supplemental clerk's record containing the trial court's written judgment is not filed within the prescribed time period, this appeal will be dismissed. Tex. R. App. P. 42.3. All other appellate deadlines in this appeal are suspended pending further order of the court.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2020.

MICHAEL A. CRUZ,
Clerk of Court